| AO 10<br>Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>FISHER, RAYMOND C. | 2. Court or Organization<br><br>U.S. COURT OF APPEALS - NINTH CIRCUIT | 3. Date of Report<br><br>05/12/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>U.S. COURT OF APPEALS - 9th CIRCUIT<br>125 S. GRAND AVE. #400<br>PASADENA, CA 91105 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Western Justice Center (nonprofit), Pasadena, CA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | CA State Teachers Retirement System - Pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York University School of Law | Feb. 27-29, 2016 | New York, NY | Immigration Moot Court Competition | Transportation, meals, and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA, NA RASP | A | Interest | M | T | | | | | |
| 2. CD EVERBANK 0.50% 2/26/15 | A | Interest | | | Closed | 02/26/16 | L | | |
| 3. CD GOLDMAN SACHS BK 0.70% 9/06/16 | A | Interest | | | Closed | 09/16/16 | L | | |
| 4. CD GOLDMAN SACHS BK USA 0.95% 3/6/17 | A | Interest | | | Closed | 10/17/16 | L | | |
| 5. BLACKROCK GLOBAL ALLOC CL A | | None | | | Buy (add'l) | 01/21/16 | J | | |
| 6. | | | | | Sold | 10/14/16 | L | | |
| 7. CHIRON CAPITAL ALLOCATION FUND INSTL CL | A | Dividend | M | T | Buy | 10/4/16 | L | | |
| 8. CLEARBRIDGE APPREC FUND | | None | | | Sold | 01/22/16 | M | | |
| 9. COLUMBIA DIV INCOME | C | Dividend | M | T | Buy | 01/21/16 | J | | |
| 10. | | | | | Sold (part) | 07/05/16 | K | D | |
| 11. FEDERATED KAUFMAN LG CAP | | None | | | Sold | 01/22/16 | M | | |
| 12. FEDERATED STRATEGIC VALUE DIVIDEND INSTL CL | C | Dividend | M | T | Buy | 01/21/16 | M | | |
| 13. | | | | | Sold (part) | 07/05/16 | K | C | |
| 14. FRANKLIN MUT GLOBAL DISC FD | C | Dividend | M | T | Buy | 01/21/16 | M | | |
| 15. | | | | | Sold (part) | 07/05/16 | J | | |
| 16. J. HANCOCK DISCIPLINED VALUE | B | Dividend | L | T | Buy (add'l) | 01/21/16 | J | | |
| 17. | | | | | Sold (part) | 07/05/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LOOMIS SAYLES LTD TERM GOV & AGENCY FD CL Y | C | Dividend | M | T | Buy | 01/21/16 | L | | |
| 19. | | | | | Sold (part) | 07/05/16 | K | | |
| 20. LORD ABBETT SHORT TERM | D | Dividend | M | T | Sold (part) | 01/22/16 | J | | |
| 21. | | | | | Sold (part) | 07/05/16 | L | | |
| 22. METROPOLITAN WEST TOT. RET. BOND | C | Dividend | M | T | Sold | 01/21/16 | M | | |
| 23. | | | | | Buy | 07/05/16 | K | | |
| 24. PRINCIPAL MID CAP BLEND (Y) | | | | | | | | | |
| 25. PRINCIPAL MID CAP FUND CL P | B | Dividend | K | T | Buy | 01/21/16 | J | | |
| 26. | | | | | Sold (part) | 07/05/16 | J | | |
| 27. PRINCIPAL SHORT TERM INCOME FUND CL P | B | Dividend | M | T | Buy | 07/05/16 | M | | |
| 28. PRUDENTIAL SHORT TERM CORP BOND | A | Dividend | | | Sold | 01/21/16 | J | | |
| 29. PUTNAM EQUITY INCOME | | None | | | Sold | 01/22/16 | M | | |
| 30. STERLING CAPITAL SPECIAL OPPORTUNITIES FUND INSTL | | None | | | Buy | 01/22/16 | M | | |
| 31. | | | | | Sold | 07/05/16 | M | D | |
| 32. SUN AMERICA FOCUSED DIV | C | Dividend | M | T | Buy (add'l) | 01/21/16 | K | | |
| 33. | | | | | Sold (part) | 07/05/16 | K | D | |
| 34. TEMPLETON GLOBAL TOTAL RETURN FUND CL | B | Dividend | | | Buy | 01/21/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 07/05/16 | L | B | |
| 36. THORNBURG INVESTMENT INCM | A | Dividend | | | Sold | 01/21/16 | L | | |
| 37. WELLS FARGO DISCIPLINED US CORE FD CL INSTL | B | Dividend | M | T | Buy | 07/05/16 | M | | |
| 38. WESTERN ASSET CORE | D | Dividend | M | T | Sold (part) | 01/22/16 | J | | |
| 39. | | | | | Buy (add'l) | 07/05/16 | K | | |
| 40. NATIONWIDE AMERICA'S VISION ANNUITY (FIDVIP EQ INC INITIAL) | C | Distribution | L | T | | | | | |
| 41. JACKSON NAT'L LIFE FLEX 1 TAX SHELTERED FIXED ANNUITY | A | Interest | K | T | | | | | |
| 42. JACKSON NATL LIFE SINGLE MAX TAX SHELTERED FIXED ANNUITY | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FISHER, RAYMOND C.** | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 1: FORMERLY FIA CARD SVCS NA RASP
PART VII, LINE 40: NAME CHANGE; SEE LINE 66 OF THE 2015 REPORT.
PART VII, LINES 41 AND 42: THESE ASSETS WERE LISTED COLLECTIVELY ON LINE 67 OF THE 2015 REPORT.

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/12/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **RAYMOND C. FISHER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544